UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY MAX GUTIERREZ JR. and<br>SAVONTRE MARSELLE O WILFORD,<br><br>Defendants. | Case No. CR21-67RSL<br><br>ORDER GRANTING<br>STIPULATED MOTION TO<br>CONTINUE TRIAL |

This matter comes before the Court on defendants' "Stipulated Motion to Continue Trial Date and Extend Pretrial Motion Deadline." Dkt. # 21. Having considered the facts set forth in the motion, and defendants' knowing and voluntary waivers, Dkts. # 22–23, the Court finds as follows:

1. The Court adopts the facts set forth in the stipulated motion: specifically, that defense counsel has recently been appointed, that the government recently produced over 4,100 pages of documents to defense counsel and another production may be necessary, that defense counsel needs additional time to review the voluminous discovery, including allegations that there are over 270 victims in this case, and that defense counsel's ability to meet with defendants has been limited due to the impact of the COVID-19 pandemic. The Court accordingly finds that a failure to grant a continuance would deny counsel, and any potential future counsel, the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

ORDER GRANTING STIPULATED
MOTION TO CONTINUE TRIAL - 1

2. The COVID-19 pandemic continues to impact the Court's operations. See W.D. Wash. General Order Nos. 01-20, 02-20, 07-20, 08-20, 11-20, 13-20, 15-20, 18-20, 04-21 (incorporated by reference). In particular, the COVID-19 pandemic has made it difficult for the Court to obtain an adequate spectrum of jurors to represent a fair cross section of the community, and public health guidance has impacted the ability of jurors, witnesses, counsel, and Court staff to be present in the courtroom. Due to these challenges, the Court finds that proceeding with an earlier trial would likely be impossible or would result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i).

3. The Court finds that the additional time requested between June 28, 2021 and the proposed trial date of November 1, 2021, is a reasonable period of delay. The Court finds that this additional time is necessary to provide defense counsel reasonable time to prepare for trial, considering all the facts set forth above.

4. The Court further finds that this continuance would serve the ends of justice, and that these factors outweigh the best interests of the public and defendants in a speedier trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A). See W.D. Wash. General Order Nos. 15-20, 18-20, 04-21.

5. Defendants have signed waivers indicating that they have been advised of their rights to a speedy trial and that, after consulting with counsel, they have knowingly and voluntarily waived those rights and consented to the continuation of their trial to a date up to and including December 1, 2021, Dkts. # 22–23, which will permit the trial to start on November 1, 2021.

IT IS HEREBY ORDERED that the trial date shall be continued from June 28, 2021 to November 1, 2021, and pretrial motions are to be filed no later than September 20, 2021;

IT IS FURTHER ORDERED that the period of time from the current trial date of June 28, 2021, up to and including the new trial date, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, *et seq*. The period of delay attributable to this filing and granting of this motion is excluded for speedy trial purposes pursuant to 18 U.S.C. §§ 3161(h)(1)(D), (h)(7)(A), and (h)(7)(B).

1     DATED this 24th day of May, 2021.

                                          */s/ Robert S. Lasnik*
                                          Robert S. Lasnik
                                          United States District Judge

ORDER GRANTING STIPULATED
MOTION TO CONTINUE TRIAL - 3